IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RYAN K. BLANKENSHIP,<br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST VIRGINIA<br>REGIONAL JAIL AUTHORITY,<br>    Defendant(s). | Civil Action No. 7:16-cv-00481<br><br>**OPINION**<br><br>By:    James P. Jones<br>United States District Judge |

Ryan K. Blankenship, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered October 13, 2016, the court directed plaintiff to submit within 20 days the required paperwork regarding his financial information as part of the in forma pauperis process. On October 21, 2016 plaintiff only submitted the inmate account form signed by the trust officer at his place of incarceration. By Order entered October 21, 2016, the court directed plaintiff to cure the deficiencies by submitting within 20 days from the date of the Order the six-month inmate account statements for the months of April-September 2016. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 17th day of November, 2016.

                                                  /s/James P. Jones
                                                  United States District Judge